IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | 4:02CR3139 |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| vs. | ) | **JUDGMENT** |
| | ) | |
| PEDRO RIOS RAMIREZ, | ) | |
| | ) | |
| Defendant. | ) | |

Pursuant to the memorandum and order entered this date,

JUDGMENT is entered for the United States of America, and against the defendant, Pedro Rios Ramirez, providing that he shall take nothing, and his motion to vacate conviction (filing 28) is denied with prejudice.

May 2, 2005.                                          BY THE COURT:

                                                      s/ Richard G. Kopf
                                                      United States District Judge